ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON
Assistant U.S. Attorney SBN 240763
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California  90012
  Telephone:  (213) 894-2729
  Facsimile:  (213) 894-0115
  Email: Daniel.Layton@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Petitioner,

vs.

ROBERT ANDERSON, a.k.a. BOB ANDERSON,

        Respondent.

Case No. CV11-07628 RGK (FFMx)

[PROPOSED] ORDER TO SHOW CAUSE

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summonses. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also* Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn declaration of the IRS agent who issued the summons); *accord,* United

1

1  States v. Gilleran, 992 F.2d 232, 233 (9th cir. 1993).

2  **THEREFORE, IT IS ORDERED** that Respondent appear before this
3  District Court of the United States for the Central District of California in
4  Courtroom No. __850__;

5  ___ United States Courthouse
   312 North Spring Street,
6  Los Angeles, California 90012

7
   ✓
8  ___ Roybal Federal Building and United States Courthouse
   255 E. Temple Street,
9  Los Angeles, California 90012

10

11 ___ Ronald Reagan Federal Building and United States Courthouse
   411 West Fourth Street,
12 Santa Ana, California 92701

13

14 ___ Brown Federal Building and United States Courthouse
   3470 Twelfth Street, Riverside, California 92501
15 NOVEMBER 7, 2011
16 on ~~October 31,~~ at __9:00__ A.m.

17 and show cause why the testimony and production of books, papers, records and
18 other data demanded in the subject Internal Revenue Service summonses, but not
19 already produced, should not be compelled.

20  **IT IS FURTHER ORDERED** that copies of this Order, the Petition,
21 Memorandum of Points and Authorities, and accompanying Declaration be served
22 promptly upon Respondent by any employee of the Internal Revenue Service or by
23 the United States Attorney's Office, by personal delivery, or by leaving copies of
24 each of the foregoing documents at the Respondent's dwelling or usual place of
25 abode with someone of suitable age and discretion who resides there, or by
26 certified mail.

27  **IT IS FURTHER ORDERED** that within ten (10) days after service upon
28 Respondent of the herein described documents, Respondent shall file and serve a

2

1  written response, supported by appropriate sworn statements, as well as any
2  desired motions. If, prior to the return date of this Order, Respondent files a
3  response with the Court stating that Respondent does not desire to oppose the
4  relief sought in the Petition, nor wish to make an appearance, then the appearance
5  of Respondent at any hearing pursuant to this Order to Show Cause is excused,
6  and Respondent shall be deemed to have complied with the requirements of this
7  Order.

8  **IT IS FURTHER ORDERED** that all motions and issues raised by the
9  pleadings will be considered on the return date of this Order. Only those issues
10 raised by motion or brought into controversy by the responsive pleadings and
11 supported by sworn statements filed within ten (10) days after service of the herein
12 described documents will be considered by the Court. All allegations in the
13 Petition not contested by such responsive pleadings or by sworn statements will be
14 deemed admitted.

16 DATED: 09.16.11

                                                    _____
                                                    United States District Judge

19 Presented By:

20 ANDRÉ BIROTTE JR.
   United States Attorney
21 SANDRA R. BROWN
22 Assistant United States Attorney
   Chief, Tax Division

24 _____
25 DANIEL LAYTON
   Assistant United States Attorney
26 Attorneys for United States of America
   Petitioner