ORIGINAL

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   DANIEL LAYTON
4  Assistant U.S. Attorney SBN 240763
    Room 7211, Federal Building
5   300 North Los Angeles Street
    Los Angeles, California  90012
6   Telephone:  (213) 894-2729
    Facsimile:  (213) 894-0115
7  · Email: Daniel.Layton@usdoj.gov

8  Attorneys for United States of America

9

                  UNITED STATES DISTRICT COURT
10
                CENTRAL DISTRICT OF CALIFORNIA
11
                     SOUTHERN DIVISION
12

13
   UNITED STATES OF AMERICA,          )  Case No. CV11- 07628 RGK (FFMx)
14                                     )
                   Petitioner,         )  [PROPOSED] ORDER TO SHOW
15                                     )  CAUSE
          vs.                          )
16                                     )
   ROBERT ANDERSON, a.k.a. BOB         )
17 ANDERSON,                           )
                                       )
18                 Respondent.         )

19  ─────────────────────────────────

20       Upon the Petition and supporting Memorandum of Points and Authorities,

21  and the supporting Declaration to the Petition, the Court finds that Petitioner has

22  established its *prima facie* case for judicial enforcement of the subject Internal

23  Revenue Service ("IRS" and "Service") summonses.  *See* United States v. Powell,

24  379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also* Crystal v.

25  United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose,

26  131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-

27  120 (9th Cir. 1995) (the Government's *prima facie* case is typically made through

28  the sworn declaration of the IRS agent who issued the summons); *accord*, United

LODGED
CLERK, U.S. DISTRICT COURT
SEP 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

                                   1

FILED
CLERK, U.S. DISTRICT COURT
SEP 16 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

1   States v. Gilleran, 992 F.2d 232, 233 (9th cir. 1993).

2        **THEREFORE, IT IS ORDERED** that Respondent appear before this

3   District Court of the United States for the Central District of California in

4   Courtroom No. ___8 5 0,___

5        United States Courthouse
       312 North Spring Street,
6       Los Angeles, California 90012

7   ✓

8   ____   Roybal Federal Building and United States Courthouse
       255 E. Temple Street,
9       Los Angeles, California 90012

10

11  ____   Ronald Reagan Federal Building and United States Courthouse
       411 West Fourth Street,
12      Santa Ana, California 92701

13

14  ____   Brown Federal Building and United States Courthouse
       3470 Twelfth Street, Riverside, California 92501
15      NOVEMBER 7, 2011
                   9:00
16  on October 31, at _____ A.m.

17  and show cause why the testimony and production of books, papers, records and

18  other data demanded in the subject Internal Revenue Service summonses, but not

19  already produced, should not be compelled.

20        **IT IS FURTHER ORDERED** that copies of this Order, the Petition,

21  Memorandum of Points and Authorities, and accompanying Declaration be served

22  promptly upon Respondent by any employee of the Internal Revenue Service or by

23  the United States Attorney's Office, by personal delivery, or by leaving copies of

24  each of the foregoing documents at the Respondent's dwelling or usual place of

25  abode with someone of suitable age and discretion who resides there, or by

26  certified mail.

27        **IT IS FURTHER ORDERED** that within ten (10) days after service upon

28  Respondent of the herein described documents, Respondent shall file and serve a

1  written response, supported by appropriate sworn statements, as well as any

2  desired motions.  If, prior to the return date of this Order, Respondent files a

3  response with the Court stating that Respondent does not desire to oppose the

4  relief sought in the Petition, nor wish to make an appearance, then the appearance

5  of Respondent at any hearing pursuant to this Order to Show Cause is excused,

6  and Respondent shall be deemed to have complied with the requirements of this

7  Order.

8  **IT IS FURTHER ORDERED** that all motions and issues raised by the

9  pleadings will be considered on the return date of this Order.  Only those issues

10  raised by motion or brought into controversy by the responsive pleadings and

11  supported by sworn statements filed within ten (10) days after service of the herein

12  described documents will be considered by the Court.  All allegations in the

13  Petition not contested by such responsive pleadings or by sworn statements will be

14  deemed admitted.

15

16  DATED: 09.16.11

17

18
                         United States District Judge

19

20  Presented By:

21  ANDRÉ BIROTTE JR.
    United States Attorney
    SANDRA R. BROWN

22  Assistant United States Attorney
    Chief, Tax Division

23

24

25  DANIEL LAYTON
    Assistant United States Attorney

26  Attorneys for United States of America
    Petitioner

27

28